# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.13-72201-CRM |
| | * | |
| HAROLD JONATHAN GROSSMAN | * | |
| | * | CHAPTER: 13 |
| | * | |
| | * | |
| DEBTOR. | * | |

## MOTION TO SELL PROPERTY OF THE ESTATE

COMES NOW the Debtors in the above-styled Chapter 13 case, and through counsel, files this "Motion to Sell Property of the Estate", showing to this Honorable Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151 and 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(N).

4.

Debtors filed the petition for relief in the above-styled Chapter 13 case on October 9, 2013.

5.

In the Chapter 13 schedules, the Debtor lists an interest in a timeshare, The Fountains, located in Orlando, Florida.  There is no debt owed on the property except for the on-going maintenance fees.

*/pw*

6.

Debtor has a one-forth (¼) interest in the property

7.

Per the Chapter 13 plan, the co-signers on the property will make the on-going maintenance fees, however, they no longer want to keep the property nor pay the fees.

8.

There will be no proceeds from the sale of the timeshare.

9.

Debtor believes that the sale of the property is in the best interest of the estate and creditors and that such sale will assist in the effectuation of the Debtor's financial reorganization.

WHEREFORE, Debtor prays:

    (a) That this Motion be filed, read and considered;

    (b) That this Motion be granted; and,

    (c) That this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

By:   s/
Cristina Digiannantonio
Attorney for the Debtor
GA Bar No. 893510

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222
Fax(770)220-0685

/pw

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | *   CASE NO.13-72201-CRM |
| | * |
| HAROLD JONATHAN GROSSMAN, | * |
| | *   CHAPTER: 13 |
| | * |
| DEBTOR. | * |

## NOTICE OF HEARING ON MOTION TO SELL PROPERTY OF THE ESTATE

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a **"Motion"** seeking **to Sell Property of the Estate**.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Court Room 1203 (12th Floor) of the US Courthouse, 75 Spring Street, SW, Atlanta, GA 30303, at 10:00 AM, on May 20, 2014.

Your rights may be affected by the court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

                                              Respectfully submitted,
                                              Clark & Washington, PC

| | |
|---|---|
| Clark & Washington, PC | s/_____ |
| 3300 Northeast Expressway, Building 3 | Cristina Digiannantonio |
| Atlanta, GA 30341 | GA Bar No. 893510 |
| (404)522-2222 | Attorney for the Debtor |
| Fax(770)220-0685 | |

*/pw*

## CERTIFICATE OF SERVICE

I the undersigned certify under penalty of perjury that on this day I served the following parties with a copy of the attached "Notice of Hearing on Motion to Sell Property of the Estate" and "Motion to Sell Property of the Estate" by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Harold Jonathan Grossman
780 Willow Creek Drive
Atlanta, GA 30328

I further certify that, by agreement of the parties, Nancy Whaley, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

And, in the same manner, I served the parties listed in the attached matrix with the "Notice of Hearing on Motion to Sell Property of the Estate" at the addresses indicated therein,

Dated:   4/29/14

By:   s/
Cristina Digiannantonio
Attorney for the Debtor
GA Bar No. 893510

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222
Fax(770)220-0685

/pw

| | | |
|---|---|---|
| Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Allstate Property and Casualty Ins Co<br>POB 4310<br>Carol Stream, IL 60197-4310 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 |
| Ally Financial serviced by Ally Servicing LL<br>PO Box 130424<br>Roseville, MN 55113-0004 | American Express<br>P.O. Box 650448<br>Dallas TX 75265-0448 | American Express Travel Related Services Company, Inc.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245-3504 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America<br>POB 53181<br>Phoenix, AZ 85072-3181 | Bluegreen Corp<br>4960 Conference Way N<br>Ste 100<br>Boca Raton, FL 33431-4413 | CERASTES, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| CNAC<br>Attn: Bankruptcy Department<br>12802 Hamilton Crossing Boulevard<br>Carmel, IN 46032-5424 | Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cashcall Inc<br>1600 S Douglass Rd<br>Anaheim, CA 92806-5948 | Cashnet USA<br>200 West Jackson<br>Ste 1400<br>Chicago, IL 60606-6929 |
| Castleton at London Bridge<br>c/o William B. Parkhurst<br>397 Littleneck Road<br>Building 3300 South, Suite 310<br>Virginia Beach, VA 23452-5765 | Castleton at London Bridge Community Association, Inc., The Law Offices<br>William B. Parkhurst, P.C. , #310<br>397 Little Neck Road, Bldg. 3300 South<br>Virginia Beach, VA 23452-5764 | Cavalry Portfolio Serv (Original Credito<br>500 Summit Lake Dr<br>Valhalla, NY 10595-1340 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Cbe Group (Original Creditor:Dominion El<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |

/pw

| | | |
|---|---|---|
| Chase Receivables Inc<br>Legal Dept/Bankruptcy<br>1247 Broadway St.<br>Sonoma, CA 95476-7503 | City of Virginia Beach<br>City Treasurer<br>Municipal Center, Bldg 1<br>2401 Courthouse Drive<br>Virginia Beach, VA 23456-9120 | City of Virginia Beach Treasurer<br>Bankruptcy Records<br>2401 Courthouse Drive<br>Virginia Beach, VA 23456-9120 |
| Convergent Outsourcing<br>800 Sw 39th St<br>Renton, WA 98057-4975 | Credit Collection Services<br>C/O Allstate<br>Two Wells Abenue<br>Newton Center, MA 02459-3246 | Credit Control Corp (Original Creditor:C<br>11821 Rock Landing Dr<br>Newport News, VA 23606-4207 |
| Gecrb/Tydc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Glasser and Glasser<br>POB 3400<br>Norfolk, VA 23514-3400 | HRSD<br>POB 71092<br>Charlotte, NC 28272-1092 |
| Indep Svgs<br>1115 Gunn Hwy<br>Odessa, FL 33556-5328 | National Credit Adjusters<br>C/O CashJar<br>POB 3023<br>Hutchinson, KS 67504-3023 | Ogden Check Approval Network<br>638 Independence Parkway<br>Suite 150<br>Chesapeake, VA 23320-5222 |
| Payliance (Original Creditor:Npc - Pizza<br>3 Easton Oval Ste 210<br>Columbus, OH 43219-6011 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recvry&Affil (Original Credito<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 |
| Prosper Marketplace In<br>111 Sutter St Fl 22<br>San Francisco, CA 94104-4540 | Prosper Marketplace, Inc.<br>101 Second St., 15th Fl<br>San Francisco, CA 94105-3672 | Sheryl Grossman<br>4416 Silverleaf Drive<br>Virginia Beach, VA 23462-5750 |
| Suntrust Mortgage/Cc 5<br>1001 Semmes Ave<br>Richmond, VA 23224-2245 | Synergetic Communication, Inc.<br>C/O Ally<br>2700 East Seltice Way<br>Suite 4<br>Post Falls, ID 83854-6387 | The Castleton at London Bridge Community<br>397 Little Neck Road<br>3300 South<br>Virginia Beach VA 23452 |
| The Independent Savings Plan Company<br>1115 Gunn Highway<br>Suite 100<br>Odessa FL 33556-5328 | The Independent Savings Plan Company<br>Michael D. Ginsberg<br>1115 Gunn Highway Suite 100<br>Odessa, FL 33556-5328 | Torres Credit Servic (Original Creditor:<br>27 Fairview St  Ste 301<br>Carlisle, PA 17015-3200 |
| Verizon Wireless<br>2000 Corporate Dr<br>Orangeburg, NY 10962-2624 | Virginia Natural Gas<br>POB 4569<br>Location 6350<br>Atlanta, GA 30302-4569 | Wells Fargo<br>P.O. Box 6412<br>Carol Stream IL 60197-6412 |

/pw

Wffnatbank
Po Box 94498
Las Vegas, NV 89193-4498

*/pw*